**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KATHERINE CORLETTO, | Case No. 3:26-CV-00238-ART-CLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IFP** |
| v. | |
| ELIZABETH BLONDHEIM, *et al.*, | [ECF Nos. 19, 21] |
| Defendants. | |

Currently pending before the Court are two motions filed by Plaintiff Katherine Corletto ("Corletto"): (1) motion for extension of time for service of process, (ECF No. 19); and (2) application to proceed *in forma pauperis* ("IFP"), (ECF No. 21). For the reasons stated below, Corletto's motion for extension of time for service of process, (ECF No. 19), is granted, and her application to proceed IFP, (ECF No. 21), is denied as moot.

Corletto first moves for an extension of time to complete service of process in this case. (ECF No. 19.) Corletto seeks a 60-day extension based on the number of defendants and her financial inability to complete service before the current deadline expires. (*Id.*) Good cause appearing, Corletto's motion for extension of time to complete service of process is **GRANTED**. Proof of service is now due on or before **Friday, September 4, 2026**.

Corletto next filed an application to proceed IFP. (ECF No. 21.) However, Corletto has already paid the filing fee in this case. (ECF No. 1-2.) Therefore, Corletto's motion to proceed IFP, (ECF No. 21), is **DENIED** as moot.

**IT IS SO ORDERED**.

**DATED**: May 20, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**