**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KATHERINE CORLETTO,<br>Plaintiff,<br>v.<br>ELIZABETH BLONDHEIM, *et al.*,<br>Defendants. | Case No. 3:26-CV-00238-ART-CLB<br>**ORDER STRIKING ISSUANCE OF SUMMONS**<br>[ECF No. 35] |

On September 11, 2026, the Court entered an order striking Plaintiff Katherine Corletto's ("Corletto") amended complaint, (ECF No. 32), because she did not have leave to file the amended complaint. (ECF No. 36.) That amended complaint added three Defendants: Lindsay Hendricks, the Attorney General, and Denise Sipple. However, prior to the entry of that order, summonses in this case were erroneously issued to the three new Defendants based on the now-stricken amended complaint. (ECF No. 35.)

Consequently, the Court now clarifies that the summonses issued to Lindsay Hendricks, the Attorney General, and Denise Sipple, (ECF No. 35), are invalid and may not be served. The Court further strikes the summonses from the record. No future summons will be issued to Lindsay Hendricks, the Attorney General, and Denise Sipple in this case unless and until Corletto receives leave of Court to file an amended complaint adding them as defendants. Fed. R. Civ. P. 15(a)(2), LR 15-1.

**IT IS THEREFORE ORDERED** that the summons issued at ECF No. 35 are **INVALID** and **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall update the docket in this case to reflect that Lindsay Hendricks, the Attorney General, and Denise Sipple have been terminated as defendants.

///

///

**IT IS SO ORDERED**.

**DATED**: September 16, 2026.

______________________________
**UNITED STATES MAGISTRATE JUDGE**