**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KATHERINE CORLOTTO,

Plaintiff,

v.

ELIZABETH BLONDHEIM, *et al.*,

Defendants.

Case No. 3:26-CV-00238-ART-CLB

**ORDER DENYING MOTIONS FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

[ECF Nos. 38, 39]

On September 11, 2026, the Court entered an order striking Plaintiff Katherine Corlotto's ("Corlotto") amended complaint, (ECF No. 32), because Corlotto did not receive leave of Court prior to filing the amended complaint. (ECF No. 36.) In that order, the Court gave Corlotto the following instructions to file a second amended complaint ("SAC"):

> To properly file her SAC, Corletto must first obtain leave of Court by filing a motion for leave to file an amended complaint. Pursuant to the Court's Local Rules, <u>she must attach her proposed SAC to the motion for leave</u>. LR 15-1.

(*Id.* at 1 (emphasis added).)

However, on September 28, 2026, Corlotto filed two motions for leave to file a second amended complaint, (ECF Nos. 38, 39), and failed to attach the proposed SAC to either motion. As such, both motions for leave to amend are improper pursuant to the Court's Local Rules. LR 15-1.

Consequently, Corlotto's motions for leave to file a second amended complaint, (ECF Nos. 38, 39), are **DENIED** with leave to refile with a proposed SAC attached.

**IT IS SO ORDERED**.

**DATED**: September 29, 2026.

**UNITED STATES MAGISTRATE JUDGE**